

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00456-CV

DONNA TEAGUE AND JACK TEAGUE          APPELLANTS

V.

JOHN C. HARRINGTON, JR.          APPELLEE

------------

## FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant[s'] Unopposed Motion To Dismiss With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:   WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  March 6, 2014